UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| FLEETCOR TECHNOLOGIES<br>OPERATING COMPANY, LLC,<br>    Plaintiff,<br><br>v.<br><br>BULK SERVICES<br>TRANSPORTATION, INC. and<br>DONNY SMITH,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>DR-07-CV-045-AML\VRG |

## ORDER

Pending before the Court is the Report and Recommendation of the Honorable Victor R. Garcia, United States Magistrate Judge, filed March 27, 2008. (Docket Entry #7.) In the report, Judge Garcia recommends that the Parties' Joint Motion to Transfer Venue (Docket Entry #6), filed pursuant to 28 U.S.C. § 1404(a), be granted.

At present, no party has filed objections to Judge Garcia's Report and Recommendation. Thus, the Court need not conduct a *de novo* review of the pending matter. Rather, the Court need only review the report and recommendation and determine whether it is erroneous or clearly contrary to law. *Douglas v. United Servs. Automobile Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has examined the Report and Recommendation and is of the opinion that the findings and conclusions contained therein are neither erroneous nor clearly contrary to law. The Parties have sufficiently established that venue is both proper and more appropriate in the Dallas

Division of the United States District Court for the Northern District of Texas. The Court therefore **ADOPTS** the findings and conclusions contained in Judge Garcia's Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the Report and Recommendation prepared by Judge Garcia on this matter is **ACCEPTED**. It is also **ORDERED** that the Parties' Motion to Transfer Venue is **GRANTED**. It is further **ORDERED** that this case is **TRANSFERRED** to the Dallas Division of the United States District Court for the Northern District of Texas.

SIGNED this 28th day of April, 2008.

_____
ALIA MOSES LUDLUM
UNITED STATES DISTRICT JUDGE